IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GREGORY ROSE                                                                PLAINTIFF

v.                          No. 3:19-cv-293-DPM

MIKE GALBSON, Judge, Osceola;
CATHERINE DEAN, Prosecutor,
Osceola; OILLIEY COLLINS, Chief,
Osceola Police Department, TERRY,
Detective, Osceola Police Department,
and CHRIS GILLIS, Detective, Osceola
Police Department                                                           DEFENDANTS

## JUDGMENT

Rose's false arrest claim is dismissed with prejudice. All other claims are dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

20 November 2019