IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GREGORY ROSE**                                                                                   **PLAINTIFF**

v.                           No. 3:19-cv-293-DPM

**MIKE GIBSON, Judge, Osceola;
CATHERINE DEAN, Prosecutor,
Osceola; OILLIEY COLLINS, Chief,
Osceola Police Department; TERRY,
Detective, Osceola Police Department;
and CHRIS GILLIS, Detective, Osceola
Police Department**                                                                              **DEFENDANTS**

## ORDER

Rose's mail is being returned undelivered. *Doc. 19.* He must update his address with the Clerk by 17 September 2020. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

  17 August 2020