## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**GREGORY ROSE**                                                          **PLAINTIFF**

**v.**                                    **No. 3:19-cv-293-DPM**

**MIKE GIBSON, Judge, Osceola;**
**CATHERINE DEAN, Prosecutor,**
**Osceola; OILLIEY COLLINS, Chief,**
**Osceola Police Department; TERRY,**
**Detective, Osceola Police Department;**
**and CHRIS GILLIS, Detective, Osceola**
**Police Department**                                          **DEFENDANTS**

### ORDER

Rose hasn't updated his address with the Clerk; and the time to do so has passed. *Doc. 20.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Defendants' motions to dismiss, *Doc. 21 & Doc. 26,* are denied without prejudice as moot. If Rose refiles, then Defendants may renew their motions. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 September 2020