# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GREGORY ROSE**                                                              **PLAINTIFF**

v.                              No. 3:19-cv-293-DPM

MIKE GIBSON, Judge, Osceola;
CATHERINE DEAN, Prosecutor,
Osceola; OILLIEY COLLINS, Chief,
Osceola Police Department; TERRY,
Detective, Osceola Police Department;
and CHRIS GILLIS, Detective, Osceola
Police Department                                                             **DEFENDANTS**

## JUDGMENT

Rose's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 September 2020