# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GREGORY ROSE**  **PLAINTIFF**

v.  No. 3:19-cv-293-DPM

**OLLIE COLLINS, Chief,**
**Osceola Police Department; TERRY,**
**HODGES, Detective, Osceola Police**
**Department; and CHRIS ELLIS,**
**Detective, Osceola Police Department**  **DEFENDANTS**

## ORDER

Defendants' status report, *Doc. 47*, appreciated.

So Ordered.

*D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

24 September 2021