# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GREGORY ROSE**                                                                         **PLAINTIFF**

**v.                         No. 3:19-cv-293-DPM**

**OLLIE COLLINS, Chief,
Osceola Police Department; TERRY
HODGES, Detective, Osceola Police
Department; and CHRIS ELLIS,
Detective, Osceola Police Department**                        **DEFENDANTS**

## ORDER

Defendants' opposed motion for an extension, *Doc. 49*, is granted. Their motion for summary judgment is due by 29 October 2021.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

22 October 2021