# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

GREGORY ROSE                                                                    PLAINTIFF

v.                                   No. 3:19-cv-293-DPM

OLLIE COLLINS, Chief,
Osceola Police Department; TERRY
HODGES, Detective, Osceola Police
Department; and CHRIS ELLIS,
Detective, Osceola Police Department                                            DEFENDANTS

## ORDER

If Rose wants to respond to the Defendants' motion for summary judgment, *Doc. 51*, then he must do so by 29 November 2021. If he doesn't, then the Court will decide the motion on the current papers.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2021