IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GREGORY ROSE     PLAINTIFF

v.      No. 3:19-cv-293-DPM

MIKE GIBSON, Judge, Osceola;
CATHERINE DEAN, Prosecutor,
Osceola; OLLIE COLLINS, Chief,
Osceola Police Department;
TERRY HODGES, Detective,
Osceola Police Department;
and CHRIS ELLIS, Detective,
Osceola Police Department     DEFENDANTS

## JUDGMENT

Rose's Fourth Amendment malicious prosecution claims against Collins, Hodges, and Ellis in their individual capacities are dismissed with prejudice. His defamation claims are dismissed without prejudice. His official capacity claims against Collins, Hodges, and Ellis, and his claims against Dean and Gibson, are dismissed without prejudice.

*(signed)* D.P. Marshall Jr.
United States District Judge

27 April 2022